# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROBERT S. HUIE.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFARO ARAMBULA,<br><br>Defendant | Case No.: 25-CR-3088-RSH<br><br>JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against the Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.


DATED: December 26, 2025

_Robert S Huie_

_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE